# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JACQUELINE VICKERS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-67 |
| | * | |
| v. | * | |
| | * | |
| MELVIN GENE VICKERS; JANICE | * | |
| MARIE VICKERS; MARY ANN VICKERS; | * | |
| LISA FLOYD HOLMES; QUINTON GENE | * | |
| VICKERS; WANDA SIMS; and DAVID | * | |
| RASHAWN MURRAY VICKERS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 5, to which Plaintiff filed Objections, dkt. no. 7. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The

Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA